**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 19-36740** |
| **Aaron Richard Eberlin,** | **CHAPTER 13** |
| *aka* **Ari Eberlin,** | |
| **Debtor.** | |
| _____/ | |

## NOTICE OF SATISFACTION OF PROOF OF CLAIM 8-1

NOW COMES, USAA Federal Savings Bank and hereby provides notice that the Proof of Claim 8-1, filed by USAA Federal Savings Bank on 12/24/2019, in the amount of $12,835.04, is deemed satisfied and no further payments are due. Accordingly, any future disbursements on Claim number 8-1 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

Robertson, Anschutz, Schneid Crane & Partners PLLC
Authorized Agent for Secured Creditor
5601 Executive Drive, Suite 400
Irving, TX 75038
Office: (470) 321-7112 x52183

By:  /s/ GEORGE F. DUNN
      GEORGE F. DUNN
      Email: gdunn@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 18, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

**Aaron Richard Eberlin**
**18623 Rankin Creek Dr.**
**Cypress, TX 77433**

And via electronic mail to:

**Kenneth A Keeling**
**Keeling Law Firm**
**3310 Katy Freeway**
**Suite 200**
**Houston, TX 77007**

**Tiffany D Castro**
**Office of Chapter 13 Trustee**
**9821 Katy Freeway**
**Ste 590**
**Houston, TX 77024**

**US Trustee**
**Office of the US Trustee**
**515 Rusk Ave**
**Ste 3516**
**Houston, TX 77002**

By: /s/ Ahlanna Toms
Ahlanna Toms
Email: atoms@raslg.com