In The United States Bankruptcy Court

Southern District Of Texas

Houston Division

In Re:  Aaron Richard Eberlin  
     18623  Rankin Creek Dr.  
     Cypress, Tx  77433  
Debtor(s)

Chapter 13 Case Number:  
19-36740-H2-13

## CHAPTER 13 TRUSTEE'S NOTICE OF PLAN COMPLETION

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

     THE CHAPTER 13 TRUSTEE ("Trustee"), represents that each of the debtor have attended a meeting of creditors, submitted to an examination under oath and have made all payments to the Chapter 13 Trustee as required by the Order Confirming the Chapter 13 Plan.

     The Trustee's Final Report and Account will be submitted when all payments to creditors on behalf of the debtor have cleared the account and accounting is completed. The Trustee requests the case remain open pending the filing of the Trustee's Final Report and Account.

Respectfully Submitted,

/s/ Tiffany D. Castro  
Tiffany D. Castro, Trustee  
Admissions ID No. 1419995  
1220 Augusta Drive, Suite 500  
Houston, TX 77057

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's Office on or about the time this document was filed with the Clerk on Thursday, December 19, 2024. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U.S. Bankruptcy Clerk's Office.

Tiffany D. Castro  
Tiffany D. Castro, Trustee