```
                                                          United States Bankruptcy Court
          UNITED STATES BANKRUPTCY COURT                   Southern District of Texas
             SOUTHERN DISTRICT OF TEXAS                          ENTERED
                                                             December 20, 2024
In Re:                              §
Aaron Richard Eberlin               §      Case No.: 19–36740    Nathan Ochsner, Clerk
    Debtor.                         §      Chapter: 13
```

## ORDER TERMINATING PLAN PAYMENTS

The chapter 13 trustee has filed a Notice of Plan Completion in this case. Accordingly, it is

**ORDERED THAT:**

1. Any order directing an employer or other person to pay funds to the chapter 13 trustee is terminated.

2. Any order authorizing an ACH or other means of electronic payment is terminated.

Signed and Entered on Docket: 12/20/24.

_Alfredo R Pérez_
United States Bankruptcy Judge